UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MONDAY ANDREW ODUIMOH,            Case No. 1:16-cv-730
    Plaintiff,

                                                                Bertelsman, J.
vs.

G4S SECURE SOLUTIONS, et al.,            **ORDER**
    Defendants.

      This matter is before the Court on defendant G4S Solutions' motion to permit its counsel, Kelly Eisenlohr-Moul, to attend the mediation conference scheduled with the undersigned magistrate judge on January 31, 2017 via videoconference or teleconference. (Doc. 27). Ms. Eisenlohr-Moul represents that she resides and works in Atlanta, Georgia and would like to avoid the expense of traveling to Cincinnati, Ohio for the mediation.

      It has been the experience of the undersigned magistrate judge that mediation is more likely to be successful when both counsel and the parties attend in person. Given extenuating circumstances, the Court on occasion will permit party representatives (e.g., insurance carriers) to participate by telephone. No such circumstances are presented by the instant motion. Defendant G4S Secure Solutions is represented by both local counsel in Cleveland, Ohio and pro hac vice counsel in Atlanta, Georgia. If Cleveland counsel attends the mediation in person, Atlanta counsel may participate by telephone. Otherwise, Atlanta counsel for defendant G4S Secure Solutions must appear and participate in person at the January 31, 2017 mediation. Therefore, the motion to permit Atlanta counsel to attend the mediation conference via videoconference or teleconference (Doc. 27) is **DENIED**.

      IT IS SO ORDERED

Date: 12/12/16

Karen L. Litkovitz
United States Magistrate Judge